IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § | Case No:20-90178 |
| Jason Lee Rudisill | | |
| 7434 FM 226 | | |
| Nacogdoches, TX 75961 | | |
| | | |
| xxx-xx-0948 | | |
| | | |
| DEBTOR | § | Chapter 13 |

## NOTICE OF CHANGE IN SCHEDULES OF CREDITORS

In accordance with LBR 1007(b)7, the attached schedule is filed for the following reason:
to show Debtor's new job and expenses

☑ amendment to Budget:  Schedule I- Current Income of Individual Debtors
Schedule J - Current Expenditures-Indiv. Debtors

INSTRUCTIONS:  A separate Notice of Change is required when both adding and deleting creditors.  An amended (partial) matrix is required to add or delete creditors.  ANNOTATE CLEARLY SO CHANGES ARE CLEARLY UNDERSTANDABLE.  Do Not Refile a Complette New Matrix.  Only those creditors affected by the amended schedule should be shown on the matrix.  If the $26.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $26.00 fee.  Adding or Deleting Creditors at different times require a fee each time.

        I and/or each of us, declare under penalty of perjury that we have read the changes in the List of Creditors (Master Mailing List (matrix)  and to the schedules and statements as attached hereto, and that they are true and correct to the best of my/our knowledge, information and belief.

Date:   January 19, 2021

                                      /s/Rudisill, Jason Lee
                                      Debtor  Rudisill, Jason Lee

                                      /s/
                                      Joint Debtor