IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § | Case No:20-90178 |
| Jason Lee Rudisill | | |
| 7434 FM 226 | | |
| Nacogdoches, TX 75961 | | |
| | | |
| xxx-xx-0948 | | |
| | | |
| DEBTORS | § | Chapter 13 |

## CERTIFICATE OF SERVICE

     I hereby certify that on this January 19, 2021 , a true and correct copy of the above and foregoing AMENDED Schedule I and J shall be served via electronic means, if available, otherwise by regular, first class mail to the following:

Mr Lloyd Kraus, Chapter 13 Trustee, 110 N. College Ave, Ste 1200, Tyler, Texas 75702
US Trustee, 110 N. College Ave, Ste 300, Tyler, Texas 75702

/s/ W. David Stephens
W. David Stephens
Atty for Debtor(s)