# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS

Debtor 1    Jason Lee Rudisill
             First Name         Middle Name         Last Name

Debtor 2
(filing spouse)  First Name         Middle Name         Last Name

Case Number:  20-90178

**EOD**
01/21/2021

**TXEB Local Form 3015-b**

---

## ORDER CONFIRMING CHAPTER 13 PLAN

················································································································································**Adopted: Dec 2017**

Upon completion of a hearing upon proper notice to consider the confirmation of the Chapter 13 Plan proposed by the Debtor[1] (the "Plan"), wherein the Court has determined that all of the requisite requirements for confirmation pursuant to § 1325[2] have been fulfilled by the Debtor, and that all objections to plan confirmation have been overruled or resolved by agreement, the Court finds that just cause exists for the entry of the following order.

## IT IS THEREFORE ORDERED:

1. The Debtor's Plan filed on   10/14/2020   [**dkt # 10**], as amended by this order, is **CONFIRMED**.

2. The Debtor shall pay:

☐ **Constant Payments:**            per month for           months,

☑ **Variable Payments:**   for  **60**   months pursuant to the schedule set forth in **Exhibit A** to this order,

together with those portions of any tax refunds required to be tendered under § 2.4 of the Plan, to:

**Lloyd Kraus, Chapter 13 Trustee
P. O. Box 734
Tyler, TX 75710**

beginning  **9/25/2020**  and continuing until all of the allowed claims provided for by the Plan have been paid in accordance with the provisions of the Plan, this Order, or any subsequent order of the Court.

3. Excepting adequate protection payments authorized to be paid by LBR 3015(c), and only to the extent funds are available, the Trustee shall make disbursements on a monthly basis to the holders of allowed claims as set forth in the terms of the Plan and as modified by this Order; provided, however, that the Trustee shall not be required to pay any dividend to any claimant in an amount less than $15.00 and any dividends deferred under this provision shall be paid when the accumulation of payments due to such claimant shall exceed the sum of $15.00. Upon the filing of any plan modification motion, however, the Trustee is authorized to suspend disbursements to the holders of allowed claims pending the resolution of that motion in order to determine the effect of the modification upon future disbursements.

---

[1] The use of the singular term "Debtor" in this Order includes both debtors when the case has been initiated by the filing of a joint petition by spouses.
[2] All statutory references contained in this Order refer to the Bankruptcy Code, located in Title 11, United States Code.

4. Pursuant to LBR 3015(f)(1), the Plan is amended through this Order without the necessity of further disclosure to creditors in the following manner:

☒ **Other Changes That Do Not Require Further Notice to Creditors.** The Plan is **MODIFIED** in the following manner:

> The confirmation of this Plan as to this below-median income debtor shall not preclude, and is without prejudice to, any subsequent motion or plan modification filed by the Debtor to retain any portion of any federal income tax refund received by the Debtor in the Plan Term in an amount in excess of the $2000 annual exclusion otherwise imposed by Section 2.4 of the Plan which is reasonably necessary to be expended for the Debtor's maintenance and support.

Signed on 01/21/2021

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

x   /s/ Lloyd Kraus                    Date  01/19/2021
**Lloyd Kraus , Chapter 13 Trustee**

   /s/ W. David Stephens               Date  **January 19, 2021**
   **W. David Stephens, Attorney for Debtor**

IN RE: **Jason Lee Rudisill**     CASE NO **20-90178**

*Debtor(s)*     CHAPTER **13**

## EXHIBIT "A" - VARIABLE PLAN PAYMENTS

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| Month / Due Date | Payment | Month / Due Date | Payment | Month / Due Date | Payment |
|---|---|---|---|---|---|
| 1  09/25/2020 | $875.00 | 29  01/25/2023 | $975.00 | 57  05/25/2025 | $975.00 |
| 2  10/25/2020 | $875.00 | 30  02/25/2023 | $975.00 | 58  06/25/2025 | $975.00 |
| 3  11/25/2020 | $975.00 | 31  03/25/2023 | $975.00 | 59  07/25/2025 | $975.00 |
| 4  12/25/2020 | $975.00 | 32  04/25/2023 | $975.00 | 60  08/25/2025 | $975.00 |
| 5  01/25/2021 | $975.00 | 33  05/25/2023 | $975.00 | | |
| 6  02/25/2021 | $975.00 | 34  06/25/2023 | $975.00 | | |
| 7  03/25/2021 | $975.00 | 35  07/25/2023 | $975.00 | | |
| 8  04/25/2021 | $975.00 | 36  08/25/2023 | $975.00 | | |
| 9  05/25/2021 | $975.00 | 37  09/25/2023 | $975.00 | | |
| 10  06/25/2021 | $975.00 | 38  10/25/2023 | $975.00 | | |
| 11  07/25/2021 | $975.00 | 39  11/25/2023 | $975.00 | | |
| 12  08/25/2021 | $975.00 | 40  12/25/2023 | $975.00 | | |
| 13  09/25/2021 | $975.00 | 41  01/25/2024 | $975.00 | | |
| 14  10/25/2021 | $975.00 | 42  02/25/2024 | $975.00 | | |
| 15  11/25/2021 | $975.00 | 43  03/25/2024 | $975.00 | | |
| 16  12/25/2021 | $975.00 | 44  04/25/2024 | $975.00 | | |
| 17  01/25/2022 | $975.00 | 45  05/25/2024 | $975.00 | | |
| 18  02/25/2022 | $975.00 | 46  06/25/2024 | $975.00 | | |
| 19  03/25/2022 | $975.00 | 47  07/25/2024 | $975.00 | | |
| 20  04/25/2022 | $975.00 | 48  08/25/2024 | $975.00 | | |
| 21  05/25/2022 | $975.00 | 49  09/25/2024 | $975.00 | | |
| 22  06/25/2022 | $975.00 | 50  10/25/2024 | $975.00 | | |
| 23  07/25/2022 | $975.00 | 51  11/25/2024 | $975.00 | | |
| 24  08/25/2022 | $975.00 | 52  12/25/2024 | $975.00 | | |
| 25  09/25/2022 | $975.00 | 53  01/25/2025 | $975.00 | | |
| 26  10/25/2022 | $975.00 | 54  02/25/2025 | $975.00 | | |
| 27  11/25/2022 | $975.00 | 55  03/25/2025 | $975.00 | | |
| 28  12/25/2022 | $975.00 | 56  04/25/2025 | $975.00 | | |