| | | |
|---|---|---|
| IN RE: | § | |
| JASON LEE RUDISILL | § | CASE NO.  20-90178 |
| xxx-xx-0948 | § | |
| 7434 FM 226 | § | |
| NACOGDOCHES, TX 75961 | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | | |

# ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM 8-1 FILED BY Bancorp South Bank

ON THIS DATE the Court considered the Objection as filed by the Chapter 13 Trustee in the above-referenced case (the "Trustee" herein) to the Proof of Claim 8-1 as filed by Bancorp South Bank (the "Claimant" herein) on or about 11/10/2020 in the amount of $245.93.  The Trustee filed his Objection on 2/5/2021.  The Court finds that the Objection to Claim was properly served to each claimant pursuant to the Federal and Local Rules of Bankruptcy Procedure and the basis of the objection to each claim is verifiable by the Court either from its docket or pursuant to the Bankruptcy Code.  The Court further finds that the Objection contained the appropriate 30-day negative notice language, pursuant to LBR 3007, which directed the Claimant to file a written response within 30 days or the Objection to Claim would be deemed by the Court to be unopposed.  Due to the failure of the Claimant to file a timely written response to the Objection, the Court deems the Trustee's Objection to Claim to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to the Proof of Claim as filed by Claimant is **SUSTAINED** and that the Claim 8-1 filed by Bancorp South Bank is **DISALLOWED** in its entirety.

Signed on 03/10/2021



THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE