Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

300 Willow
Suite 112
Beaumont, TX 77701

Bankruptcy Proceeding No.: 20−90178
Chapter: 13
Judge: Joshua Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jason Lee Rudisill
  7434 FM 226
  Nacogdoches, TX 75961

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0948

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3rJmYhp, Instructions at www.txeb.uscourts.gov

on 10/21/21 at 10:00 AM

to consider and act upon the following:

Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 10/21/2021 at 10:00 AM at Virtual Hearing Location (BMT Oct 21). (Attachments: # 1 Proposed Order)(Kraus, Lloyd)

Dated: 9/15/21

                                            Jason K. McDonald
                                            Clerk, U.S. Bankruptcy Court