IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION


EOD
10/26/2021

IN RE: *
                              *
JASON LEE RUDISILL    *    Case No. 20-90178
                              *    Chapter 13
7434 FM 226                  *
NACOGDOCHES, TX 75961   *
xxx-xx-0948                  *
                              *
Debtor

## **CONDITIONAL DISMISSAL ORDER**

      On this day, the Court noted that an agreement has been reached between the Chapter 13 Trustee (the "Trustee") and the attorney for the Debtor in the above referenced case with respect to the pending Trustee's Motion to Dismiss as filed, thereby giving the Debtor additional time to bring plan payments current. After due consideration, the Court was of the opinion that the agreement as set forth herein should be approved:

      The parties AGREE and the Court ORDERS as follows:

1.     By 12/21/21 (the "Payment Compliance Date"), the following must occur:

    (a)     The Trustee's Office must have timely received from the Debtor all Chapter 13 plan payments that are owed through the Payment Compliance Date; and

    (b)     The Debtor must verify the Trustee's timely receipt of these payments prior to this Payment Compliance Date.

2.     In the event the Debtor fails to bring the Chapter 13 Plan payments current pursuant to Paragraph 1, the Trustee will submit a Certificate of Non-Compliance and the Court will enter the Dismissal Order submitted therewith without further motion or notice.

Signed on 10/26/2021

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

Agreed:

| | |
|---|---|
| /s/ Lloyd Kraus | /s/ W. DAVID STEPHENS |
| Lloyd Kraus, Chapter 13 Trustee | Attorney for the Debtor |

**NOTE TO DEBTORS REGARDING PLAN PAYMENTS:** Debtors must bring Debtor's plan payments current to the Trustee by making payments by one of the acceptable payment options as set forth at the Trustee's website at http://ch13tyler.com under the tab on the left of the computer screen entitled "Debtors".