IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JASON LEE RUDISILL | * | Case No. 20-90178 |
| | * | Chapter 13 |
| 7434 FM 226 | * | |
| NACOGDOCHES, TX 75961 | * | |
| xxx-xx-0948/xxx-xx-0000 | * | |
| | * | |
| Debtor | | |

CERTIFICATE OF NON-COMPLIANCE AND CERTIFICATE OF SERVICE

Comes Now, <u>Lloyd Kraus</u>, the Chapter 13 Trustee, and files this Certificate of Non-Compliance and Certificate of Service as follows:

1. Upon the failure of the Debtor to make Chapter 13 plan payments, the Trustee filed Motion to Dismiss. At the hearing on same, the Court entered a Conditional Dismissal Order, thereby giving the Debtor until 12/21/2021 (the "Dismissal Deadline") to bring the plan payments current or the case would be dismissed without further notice or motion in accordance to the Trustee's Motion to Dismiss.

2. The Trustee hereby certifies to the Court that the Debtor(s) failed to bring their Chapter 13 Plan Payments current in accordance with the Conditional Dismissal Order. As of the Dismissal Deadline, the Debtor was behind in plan payments in the amount of $2,925.00, which represents approximately 3 months of payments. Since the Dismissal Deadline, the following has occurred:

( ) No additional plan payments have come due.
( X ) Additional plan payment(s) totaling $975.00 have come due on 12/25/2021.
( X ) No additional plan payments have been made by the Debtor(s) to the Trustee.
( ) Additional plan payment(s) totaling $ have been made by the Debtor(s) to the Trustee that posted on .

The total delinquency owed to the Trustee is now $3,900.00 which represents approximately 4 months of payments.

3. Trustee requests the Court to enter the Dismissal Order submitted with this Certification based upon the Debtor's failure to abide by the terms of the Conditional Dismissal Order.

4.   Trustee certifies that a true and correct copy of this Certification and the proposed Dismissal Order has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 12/28/2021:

   W DAVID STEPHENS
   P O BOX 444
   LUFKIN, TX 75902

   JASON LEE RUDISILL

   7434 FM 226
   NACOGDOCHES, TX 75961

                                   Respectfully submitted,

                                   Lloyd Kraus, Chapter 13 Trustee


                                   /s/ Lloyd Kraus   _____
                                   Lloyd Kraus, SBN 24066773
                                   110 N. College Ave., Suite 1200
                                   Tyler, TX  75702
                                   (903) 593-7777; FAX (903) 597-1313