

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JASON LEE RUDISILL | * | Case No. 20-90178 |
| | * | Chapter 13 |
| 7434 FM 226 | * | |
| NACOGDOCHES, TX 75961 | * | |
| xxx-xx-0948/xxx-xx-0000 | * | |
| | * | |

Debtor

## ORDER OF DISMISSAL

Came on for consideration this day the above styled and numbered case wherein the Court found that it had previously entered a Conditional Dismissal Order thereby granting the Debtor additional time to bring the plan payments current or the Case would be dismissed pursuant to the Chapter 13 Trustee's Motion to Dismiss without further notice or motion upon the submission of a dismissal order by the Trustee. Upon due consideration of this matter, the Court finds that the Trustee has submitted this Order of Dismissal along with Certification that the Debtor has failed to comply with the Court's previous order by failing to bring the plan payments current by the time provided for in the Conditional Dismissal Order, and that this case should accordingly be dismissed without further notice or motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Chapter 13 proceeding is hereby DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all Income Withholding Orders previously entered in this case, if any there so be, are hereby ORDERED terminated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 11 U.S.C. § 349(b)(3), any funds remaining on deposit with the Chapter 13 Trustee shall be refunded to the Debtor. *Viegelahn v Lopez (In re Lopez)*, 2018 WL 3626628 at *5-6 (5th Cir. July 31, 2018).

Signed on 01/03/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE